985 A.2d 217

**John WITHERSPOON, Appellant**

**v.**

**Catherine C. McVEY, et al. and Jeffery A. Beard, et al., Appellees.**

Supreme Court of Pennsylvania.

Dec. 24, 2009.

## *ORDER*

PER CURIAM.

**AND NOW,** this 24th day of December, 2009, the order of the Commonwealth Court is hereby **AFFIRMED.**

Jurisdiction relinquished.